# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| IN RE : ) | |
| An'Tuan Mabry ) | CASE NO. 19-83044-CRJ-13 |
| Kyler Mabry ) | |
| SSN: XXX-XX-1114, XXX-XX-7609 ) | |
| DEBTORS ) | CHAPTER 13 |

## ORDER ON TRUSTEE'S MOTION TO DISMISS

This case came before the Court on December 3, 2019 on Confirmation and the Motion to Dismiss filed by the Chapter 13 Trustee. Present were Michele T. Hatcher, Chapter 13 Trustee, and John C. Larsen, attorney for the Debtors. The Court considered the Motion and it is hereby ORDERED, ADJUDGED and DECREED as follows:

The Trustee's Motion to Dismiss is APPROVED and this case is hereby DISMISSED.

The Debtors are barred from filing a petition under Chapter 13 in the Northern District of Alabama for a period of 180 days from the date of this Order.

Dated this the 6th day of December, 2019.

/s/ Clifton R. Jessup, Jr.
Clifton R. Jessup, Jr.
United States Bankruptcy Judge

This Order prepared by:
Michele T. Hatcher, Chapter 13 Trustee