# Notice Recipients

District/Off: 1126−8    User: admin    Date Created: 12/6/2019
Case: 19−83044−CRJ13    Form ID: pdf001    Total: 24

**Recipients of Notice of Electronic Filing:**
tr   Michele T. Hatcher   ecf@ch13decatur.com
aty  Allan M Trippe       allantrippe@lawbham.com
aty  John C. Larsen       john@jlarsenlaw.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | An'Tuan Mabry | 3422 Tall Timber Circle NW | Huntsville, AL 35810 | |
| jdb | Kyler Mabry | 3422 Tall Timber Circle NW | Huntsville, AL 35810 | |
| 10266633 | Allied Interstate | P.O. Box 19326 | Minneapolis, MN 55419 | |
| 10253300 | America's First Federal Credit Union | Attn: Bankruptcy | Po Box 11349 | Birmingham, AL 35202 |
| 10266617 | Brookwood Baptist Medical Center | 2010 Brookwood Medical Center Dr. | Birmingham, AL 35209 | |
| 10253301 | CBBI | Attn: Bankruptcy Dept | Po Box 590 | Bessemer, AL 35021 |
| 10253298 | CarMax Auto Finance | Attn: Bankruptcy | Po Box 440609 | Kennesaw, GA 30160 |
| 10266615 | Compass Bank | 2009 Beltline Road SW | Decatur, AL 35603 | |
| 10253302 | Credit Management, LP | Attn: Bankruptcy | Po Box 118288 | Carrollton, TX 75011 |
| 10253303 | Credit Solutions LLc | 2277 Thunderstick Dr Ste 400 | Lexington, KY 40505 | |
| 10290730 | Directv, LLC | by American InfoSource as agent | PO Box 5008 | Carol Stream, IL 60197−5008 |
| 10253304 | ERC/Enhanced Recovery Corp | Attn: Bankruptcy | 8014 Bayberry Road | Jacksonville, FL 32256 |
| 10266616 | Easy Money | 4820 University Dr. NW | Huntsville, AL 35810 | |
| 10253305 | Franklin Collection Service, Inc. | 2978 W Jackson St | Tupelo, MS 38803 | |
| 10253306 | Holloway Credit Solutions | Attn: Bankruptcy Department | Po Box 6441 | Dothan, AL 36302 |
| 10273044 | Santander Consumer USA | P.O. Box 560284 | Dallas, TX, 75356 | |
| 10253299 | Santander Consumer USA Inc. | PO Box 560284 | Dallas, TX 75356 | |
| 10266632 | System | 444 Hwy 96 E | P.O. Box 64378 | Saint Paul, MN 55164−0378 |
| 10253307 | U.S. Department of Education | Ecmc/Bankruptcy | Po Box 16408 | Saint Paul, MN 55116 |
| 10253308 | Wakefield & Associates | Attn: bankruptcy | 7005 Middlebrook Pike | Knoxville, TN 37909 |
| 10253309 | Wells Fargo Bank NA | Attn: Bankruptcy | 1 Home Campus Mac X2303−01a | Des Moines, IA 50328 |

TOTAL: 21